IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| KIRK BLAINE HOLLOW | Violation: 18 U.S.C. § 2250 |

**Failure to Update Sex Offender Registration**

The Grand Jury Charges:

From on or about October 23, 2024, to on or about November 26, 2024, in the District of North Dakota,

KIRK BLAINE HOLLOW,

a person required to register under the Sex Offender Registration and Notification Act (S.O.R.N.A.) by reason of his conviction under federal law for aggravated sexual contact by force in criminal case number 1:12-cr-00091 (District of North Dakota), knowingly failed to register and update his registration as required by S.O.R.N.A.;

In violation of Title 18, United States Code, Section 2250.

                                           A TRUE BILL:

                                           /s/ Foreperson_____
                                           Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

DLR/tmg